AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District Of Texas
FILED
MAR 10 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Cesar Yiovani NOLASCO
YOB:2000 Citizenship: United States

*Defendant(s)*

Case No. M-20-0658-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 9, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | knowingly and intentionally possess with intent to distribute a controlled substance/approximately 1.06 kilograms of Methamphetamine |
| 21 USC § 952 | knowingly and intentionally import with intent to distribute a controlled substance/approximately 1.06 kilograms of methamphetamine |

This criminal complaint is based on these facts:

See Attachment "A"

✓ Continued on the attached sheet.

Approved AUSA [signature] 3/10/20

Ana L. Aguilera
*Complainant's signature*

Ana L. Aguilera, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/10/2020

*Judge's signature*

J. Scott Hacker, United States Magistrate Judge
*Printed name and title*

City and state: McAllen, Texas

## ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On March 9, 2020, at approximately 11:29 a.m., Cesar Yiovani NOLASCO, a citizen of the United States, applied for admission into the United States at the Hidalgo Port of Entry (POE) in Hidalgo, Texas.

NOLASCO provided a negative oral declaration to primary CBPO for fruits, meats, plants, vegetables, firearms, drugs, and currency over $10,000.00 US dollars. The primary CBPO noticed that NOLASCO was wearing a jacket and appeared to be nervous. NOLASCO was asked several times to unzip his jacket, but NOLASCO only unzipped a few inches at a time, and the CBPO noticed he was shaking. NOLASCO was referred to secondary for further inspection. During secondary, a pat down was conducted on NOLASCO. CBPOs discovered two packages strapped to NOLASCO body. One package was strapped to his lower back, and the other package was strapped to his abdomen area. The packages were removed and yielded a total weight of 1.06 kilograms. The substance located inside of the packages was field tested and tested positive for methamphetamine.

On March 9, 2020, at approximately 3.58 p.m., Homeland Security Investigations (HSI) Task Force Officer (TFO) Ana Aguilera, along with HSI Special Agent (SA) Jaris Jones interviewed NOLASCO at the Hidalgo POE. NOLASCO was read his Miranda Rights in the Spanish language. NOLASCO waived his rights and agreed to provide a statement.

During his interview, NOLASCO stated that he was approached by some unknown subject at a friend's party in Reynosa, Tamaulipas, Mexico who asked him if he would be interested in crossing narcotics into the United States in exchange for $200.00. NOLASCO stated that he declined. NOLASCO came across the same person the following day. NOLASCO stated that this person recognized him from the party the night before and reminded him of the job offer. NOLASCO stated that this time, the individual told him that he knew who NOLASCO's father was. NOLASCO stated that he felt threatened and agreed to transport the narcotics from Mexico to the United States. NOLASCO stated that on the morning of March 9, 2020, this unknown subject strapped the packages to his body. NOLASCO stated that he was not told what was inside the packages, but that he was aware it was narcotics. NOLASCO stated that he was asked to purchase a bus ticket in Reynosa, Tamaulipas and travel to the McAllen, Texas bus station via the Hidalgo POE. NOLASCO stated that he was going to be contacted and given further instructions once he arrived at the bus station.